IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : : : | |
| RASHERE CHAMBERS, a/k/a "Rahkeir Smith" | : : | No. 21-CR-421-1 (JRS) |

### REPORT & RECOMMENDATION

**JOSÉ RAÚL ARTEAGA**                                                                      **August 15, 2024**
**United States Magistrate Judge**

On August 15, 2024, I presided at a guilty plea hearing for defendant Rashere Chambers, a/k/a "Rahkeir Smith," who appeared with his counsel, Glennis Clark, Esquire. The United States of America was represented by Assistant United States Attorney Thomas M. Zaleski. Defendant and counsel consented on the record and in writing to have me preside at the guilty plea hearing and to my filing a Report and Recommendation on whether Judge Juan R. Sánchez should accept the guilty plea.

I questioned Mr. Chambers under oath on all topics included in the change of plea colloquy used by the Judge Sánchez, and as required by Fed. R. Crim. P. 11.  A transcript of the hearing is available for review.

Based on the sworn answers to the questions posed to Mr. Chambers, and based on information provided at the hearing by his counsel, and the Assistant United States Attorney, I find that:

1. Mr. Chambers, understands the nature of his plea;

2. Mr. Chambers, understands the rights his is waiving, and the consequences of pleading guilty;

3. Mr. Chambers, is competent to enter a plea;

4. Mr. Chambers, has entered a knowing and voluntary plea;

5. Mr. Chambers, understands the elements of the charge and the maximum sentence that could be imposed;

6. There is an independent factual basis to support the charges .

Accordingly, I respectfully recommend that the Court adopt the Report and Recommendation and accept Mr. Chambers' guilty plea entered on August 15, 2024.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*