IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 21-CR-421-1 (JRS) |
| RASHERE CHAMBERS, | : | |
| a/k/a "Rahkeir Smith" | : | |

## ORDER

Upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and the transcript of the guilty plea proceedings, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. I accept the guilty plea of Rashere Chambers, a/k/a "Rahkeir Smith," entered on August 15, 2024. Sentence will be imposed on **Monday, December 2, 2024, at 11:00a.m.,** in Courtroom **14-B.**

BY THE COURT:

_____
HONORABLE JUAN R. SÁNCHEZ
*United States District Court Judge*
*Eastern District of Pennsylvania*